The decision below is signed as a decision of

the court.

Signed: July 30, 2008.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                        )
                             )
AARON RAY MOORE,             )    Case No. 08-00406
                             )    (Chapter 13)
           Debtor.           )
                             )    Not for Publication in
                             )    West's Bankruptcy Reporter

MEMORANDUM DECISION

The debtor has filed a paper (Docket Entry ("DE") No. 28, filed July 18, 2008) that the court will treat as a motion to vacate the order of dismissal entered in this case (DE No. 25, entered July 16, 2008). The debtor has not served the paper on the Chapter 13 Trustee. Moreover, the motion does not dispute the critical facts that were alleged in the Chapter 13 Trustee's motion to dismiss: that the filing of this case was barred by 11 U.S.C. § 109(g) and this court's Order of Dismissal with Prejudice entered on April 16, 2008, in the debtor's prior undisclosed Chapter 13 Case No. 08-00106. This case having been barred by the dismissal with prejudice of the prior case, it was appropriate to dismiss this case with prejudice as well.

An order follows denying the debtor's motion.


[Signed and dated above.]

Copies to: Debtor, Chapter 13 Trustee